UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| LARRY G. PHILPOT, | ) |
|            Plaintiff, | ) |
| vs. | ) No. 1:14-cv-01983-TWP-TAB |
| TOLEDO RADIO, LLC, | ) |
|            Defendant. | ) |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Magistrate Judge submitted his Report and Recommendation on Defendant's Motion to Dismiss Pursuant to Civ. R. 12(b)(2). The parties were afforded due opportunity pursuant to statute and the rules of this Court to file objections; none were filed. The Court, having considered the Magistrate Judge's Report and Recommendation, hereby adopts the Magistrate Judge's Report and Recommendation. Final judgment shall now issue.

Date: 7/6/2015

_[signature]_
TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

LARRY G. PHILPOT
8125 Halyard Way, 1st Floor
Indianapolis, IN 46236

Thomas P. Timmers
TURLEY & TIMMERS LLC
tom@ttlaw.us